26-1326

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

JENA GRISWOLD, in his official capacity as Secretary of State of the State of Colorado,

Defendant - Appellee

COMMON CAUSE; KYLE GIDDINGS; ANNE KEKE; COLORADO ALLIANCE FOR RETIRED AMERICANS; BRITTON DEFORD,

Intervenor Defendants - Appellees

On Appeal from the United States District Court, District of Colorado
The Honorable Philip A. Brimmer
District Judge

District Court Case No. 25-cv-3967-PAB-TPO

# DEFENDANTS/APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

PHILIP J. WEISER
Attorney General

PETER G. BAUMANN*
Assistant Solicitor General
LANE TOWERY*
Assistant Attorney General

Colorado Department of Law
1300 Broadway
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: peter.baumann@coag.gov
lane.towery@coag.gov
*Counsel of Record
*Attorneys for Jena Griswold*

(*Additional counsel on signature page*)

Defendant/Appellee Jena Griswold, in her official capacity as the Secretary of State of the State of Colorado, and Intervenor Defendants/Appellees Common Cause, Kyle Giddings, Anne Keke, Colorado Alliance for Retired Americans, and Britton DeFord (collectively, "Defendants") hereby move the Court pursuant to Fed. R. App. P. 26 and 27, and 10th Cir. R. 27, for an extension of thirty (30) days, or until Friday, December 4, 2026, to file their Answer Briefs. As grounds therefore, Defendants state:

1) Undersigned attorneys for the Defendants conferred with counsel for the Plaintiff/Appellant on October 14 and 15, 2026. Plaintiff/Appellant takes no position on the relief requested in this Motion.

2) Plaintiff/Appellant filed its Opening Brief in this matter on October 5, 2026. By rule, Defendants' Answer Briefs are due on Wednesday November 4, 2026.

3) Defendants request a 30-day extension of the deadline to file an Answer Brief, until and including Friday, December 4, 2026. *See* Fed. R. App P. 26(b).

4) As grounds, counsel for the Secretary of State states that they are unable to complete the Secretary's Answer Brief by November 4, 2026, due to other unanticipated work demands and circumstances described below.

5) First, the Secretary, her staff, and her counsel are coordinating the statewide General Election which concludes on November 3, 2026, the day before the Secretary's Answer Brief is currently due. Coordinating such an election is an

extensive undertaking, and the Secretary and her staff will be focused on that effort in the weeks leading up to November 3, 2026.

6) Similarly, the Secretary's counsel, including Mr. Baumann and Mr. Towery, are engaged in contingency planning for litigation surrounding the November 3, 2026 General Election. Such litigation often arises in an emergency and time-sensitive posture.

7) Second, the Secretary's attorneys are engaged in other time-sensitive matters that demand their attention. For Mr. Baumann, these include an Answer Brief due on October 7, 2026, in *Campaign Integrity Watchdog v. Griswold*, No. 2026CV30516 (Denver District Ct.); an Answer Brief due on October 7, 2026, in *Goodban v. Daly et al.*, No. 26-1065 (10th Cir.); a motions hearing on October 19, 2026, in *Eaves v. Polis*, No. 21-cv-01269-KAS (D. Colo.); a response to a motion to dismiss in *Elections Division v. Independence Institute*, 2026 AHO 24 CPF before the Secretary of State's Administrative Hearing Officer on October 22, 2026; and an Answer Brief due on November 18, 2026, in *Lopez et al. v. Griswold*, No. 16-1141 (10th Cir.).

8) For Mr. Towery, these include ongoing discovery in *Del Toro v. Polis*, No. 25-cv-02725-WJM-MDB (D. Colo.) involving taking or defending four depositions and responding to written discovery before the end of October; an evidentiary hearing in a ballot-challenge lawsuit on October 19 and possible expedited appeals before election day in *Hancock v. Griswold*, No. 2026CV33363

(Denver Dist. Ct.); an answer deadline in *Jelosek v. Polis*, No. 25-cv-2033-DDD-NRN (D. Colo.) on October 23; and ongoing preparation and travel to Washington, D.C. for oral argument in *St. Mary Catholic Parish v. Roy*, No. 25-581 (U.S.) on November 3.

9) In light of these circumstances, Defendants believe it is reasonable to align all Defendants' Answer Brief deadlines.

10) The requested extension is reasonable and will cause Plaintiff/Appellant no prejudice. Plaintiff/Appellant takes no position on the requested extension.

11) This is the first extension of time Defendants have requested, which would result in a total extension of 30 days for their Answer Briefs.

Wherefore, Defendants respectfully request that the Court enter an Order allowing them an extension of 30 days, or until Friday, December 4, 2026, to file their Answer Briefs and granting all other appropriate relief.

Respectfully Submitted,


PHILIP J. WEISER
Attorney General

/s/ *Peter G. Baumann*
PETER G. BAUMANN*
Assistant Solicitor General
LANE TOWERY*
Assistant Attorney General

Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6000
Email:
peter.baumann@coag.gov
lane.towery@coag.gov
*Counsel of Record
*Attorneys for Jena Griswold*

/s/ *Theresa J. Lee*
Timothy R. Macdonald, Bar No. 29180
Sara Neel, Bar No. 36904
American Civil Liberties Union of Colorado
303 E. 17th Avenue, Suite 350
Denver, CO 80203
(303) 777-5482
tmacdonald@aclu-co.org
sneel@aclu-co.org

Theresa J. Lee
Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Patricia J. Yan
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org

*Counsel for Common Cause, Kyle Giddings, Anne Keke*

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta
Joshua C. Abbuhl
Kevin R. Kowalewski
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Ste. 400
Washington, D.C. 20001
Telephone: (202) 948-1135

Walker R. McKusick
ELIAS LAW GROUP LLP
1700 Seventh Ave, Ste. 2100
Seattle, WA 98101
Telephone: (202) 948-1135

*Attorneys for Intervenor-Defendants-Appellees Colorado Alliance for Retired Americans and Britton DeFord*

**Word Count and Typeface**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because

this motion contains 601 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because

this brief has been prepared in a proportionally spaced typeface (fourteen-point Times New Roman) using Microsoft Word.

Date: October 15, 2026.

*s/ Peter G. Baumann*
Assistant Solicitor General